ORIGINAL RECEIVED
BY MAIL
APR 10 2002
CLERK US DIST COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Patricia Berg,

Plaintiff,

vs.

Seth Tribon and Franklin D. Tribon and American National Property & Casualty Company,

Defendants,

Court File No.: 00-1496 DWF/SRN
Judge: The Honorable Susan Richard Nelson

**STIPULATION OF DISMISSAL**
AND ORDER

Plaintiff Patricia Berg's claim against defendants Seth Tribon and Franklin D. Tribon, having been compromised and settled, plaintiff hereby dismisses with prejudice her case against those settling parties only. It is recognized by the parties that this settlement does not affect plaintiff's claim against American National Property & Casualty Company in any way. The parties stipulate that an order dismissing plaintiff's claims against defendant Seth Tribon and Franklin D. Tribon, with prejudice, can be entered.

Dated: 4/1/02

Gary L. Manka (#67180)
Katz & Manka, Ltd.
4150 First Bank Place
601 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-1671

ATTORNEYS FOR PLAINTIFF
PATRICIA D. BERG

APR 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 10 2002
DEPUTY CLERK

Dated: ______________________

Thomas E. Peterson (#8640X)
Peterson & Hektner, Ltd.
145 Paramount Plaza III
7831 Glenroy Road
Minneapolis, Minnesota 55439
Telephone: (952) 921-2211

ATTORNEYS FOR DEFENDANTS
SETH TRIBON AND FRANKLIN D. TRIBON

**ORDER**

Pursuant to the foregoing Stipulation, plaintiff's claims against defendants Seth Tribon and Franklin D. Tribon in the above-referenced action may be, and hereby are, dismissed with prejudice and without cost or disbursement to any party. There being no just reason for delay, judgment shall be entered accordingly.

Dated: 4/10/02

Judge of U.S. District Court