**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Patricia Berg,**

**Plaintiff,**

**v.**

**Seth Tribon, Franklin D. Tribon, and American National Property and Casualty Company,**

**Defendants.**

**Civil No. 00-1496 (DWF/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 14, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Compel Arbitration (Doc. No. 11) is **GRANTED IN PART and DENIED IN PART**.

DATED: Apr. 1 12, 2002.

Judge Donovan W. Frank
United States District Court Judge

APR 1 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK