**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patricia D. Berg,

Plaintiff,

v.

American National Property & Casualty Company,

Defendant.

Civil No. 00-1496 (DWF/JSM)

**ORDER**

---

Gary Manka, Esq., Katz Manko Teplinsky Due & Sobol, 225 South 6th Street, Suite 4150, Minneapolis, Minnesota 55402, counsel for Plaintiff.

James Martin, Esq., and Julian Janes, Esq., Gislason Martin & Varpness, 7600 Parklawn Avenue South, Suitc 444, Edina, Minnesota 55435, counsel for Defendant.

---

It has come to the attention of the court that because of ongoing arbitration proceedings, no action can presently be taken in this case pending before this court. The court, therefore, will administratively terminate this case. An order administratively terminating a case is purely an administrative device for the convenience of the court and in no way affects the substantive rights of the parties to proceed before the court at a later date. To terminate a case administratively means to close a case for statistical purposes in the office of the Clerk of Court and the Administrative Office of the United States Courts. The case in actuality remains active and pending before the court, but it is statistically inactive. An administratively closed case can be easily reopened by a simple order of the court when the case is in a posture that the court can once again go forward with it. The case then becomes a statistically active case and resumes the same status it had before the

Filed SEP 2 9 2003
Richard D. Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________

termination without prejudice to the rights of the parties involved.

Accordingly, **IT IS ORDERED** that:

The Clerk of Court shall administratively terminate this case in his records without prejudice to the right of the parties to move to reopen the proceedings for good cause, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of this litigation.

Dated: September 29, 2003

DONOVAN W. FRANK
Judge of United States District Court